UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

HENRY TUCKER, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

SUREFOOT, LLC,

        Defendant.

Case No.: 1:18-cv-05133-LGS

## STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendant having not served an answer or a motion for summary judgment, Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action, with prejudice, resolving all matters in dispute having been made and each party to bear his or its own attorneys' fees and costs.

Dated: _____ 2018

_____
Joseph H. Mizrahi
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 10017-6705
Joseph@cml.legal
Tel: 929.575.4175
*Attorney for Plaintiff*

Dated: _____ 2018

_____
Alfred T. Lewyn
Tromello, Fishman & Veloce
125 Broad St., 7th Floor
New York, NY 100044
Alfred.Lewyn2@CNA.com
Tel: 212.440.2350
*Attorney for Defendant*

SO ORDERED:

Dated: _____ 2018

_____
The Honorable Lorna G. Schofield, U.S.D.J.